UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BOYD WEBER | CIVIL ACTION |
| VERSUS | NO. 11-2817 |
| MOTIVA ENTERPRISES LLC - NORCO REFINERY | SECTION "J" |

J U D G M E N T

Considering the court's Order and Reasons dated October 31, 2012, filed herein,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of Defendant, Motiva Enterprises LLC , and against Plaintiff, Boyd Weber, dismissing the Plaintiff's suit with prejudice, at Plaintiff's cost.

New Orleans, Louisiana, this ___31st___ day of OCTOBER, 2012.

_____
UNITED STATES DISTRICT JUDGE